**FILED**

November 21, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:14-mj-00272-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| GUO NENG MA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Guo Neng Ma</u>; Case <u>2:14-mj-00272-KJN</u> from custody and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of _____

<u>X</u>    Unsecured Appearance Bond in the amount of <u>$300,000.00</u>, cosigned by Ai Lian Ma, Yuan Mei Ma, and Guo Can Ma.

___    Appearance Bond with 10% Deposit

___    Appearance Bond secured by

<u>X</u>    (Other)<u>Pretrial Supervision/Conditions</u>; **defendant to be released on 11/24/2014 at 9:00 AM.**

Issued at <u>Sacramento, CA</u> on <u>11/21/2014</u> at <u>3:00 AM</u>

By _____
Kendall J. Newman
United States Magistrate Judge