**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@gmail.com*

Attorney for Defendant
GEO NENG MA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:14-cr-00330-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| GEO NENG MA, and ASHLEY CHANG, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsels of record, hereby stipulate as follows:

   1. By previous order, this matter was set for status on January 9, 2015.

   2. By this stipulation, defendants now move to continue the status conference until February 20, 2015 at 9:00 am in Courtroom 10 and to exclude time between January 9, 2015 and February 20, 2015 under Local Code T4. Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

      a. Counsels for defendants desire additional time to conduct additional investigation, consult with their clients, to review the current charges, and

research related to the charges, and to discuss potential resolutions with their clients.

 b. Counsels for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 c. The government does not object to the continuance.

 d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

 e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2015 to February 20, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 5, 2015   /s/ *Christiaan H. Highsmith*
             CHRISTIAAN H. HIGHSMITH
             Assistant U.S. Attorney

Dated: January 5, 2015   /s/ *John R. Duree, Jr.*
             JOHN R. DUREE, JR.
             Attorney for GEO NENG MA

Dated: January 5, 2015   /s/ *Timothy Zindel*
             TIMOTHY ZINDEL
             Attorney for ASHLEY CHANG

<u>O R D E R</u>

    IT IS SO FOUND AND ORDERED.

Dated: January 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge