**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
GUO NENG MA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00330 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| | ) | |
| GUO NENG MA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, defendant, Ashley Chang, by and through her counsel, Timothy Zindel, and defendant, Guo Neng Ma, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date currently set for status conference, February 20, 2015 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to April 17, 2015 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

STIPULATION AND [PROPOSED] ORDER - 1

1  The reason for this request is that additional time is needed by
2 defense counsel to confer with their clients, for plea negotiations, and for
3 other defense preparation.  Conference with Mr. Ma is complicated by the fact
4 that he does not speak English and an interpreter is required for all
5 communications.  The Court is advised that Mr. Highsmith and Mr. Zindel
6 concur with this request and have authorized Mr. Duree to sign this
7 stipulation on their behalf.

8  The parties further agree and stipulate that the time period from the
9 filing of this stipulation until April 17, 2015 should be excluded in
10 computing time for commencement of trial under the Speedy Trial Act, based
11 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
12 Code T4, to allow reasonable time necessary for effective defense
13 preparation.  It is further agreed and stipulated that the ends of justice
14 served in granting the request outweigh the best interests of the public and
15 the defendant in a speedy trial.

16  Accordingly, the parties respectfully request the Court adopt this
17 proposed stipulation.

18 IT IS SO STIPULATED

```
Dated: February 12, 2015                BENJAMIN WAGNER
                                        United States Attorney

                                   By:  /s/ Christiaan Highsmith
                                        Christiaan Highsmith
                                        Assistant United States Attorney


Dated: February 12, 2015                /s/ John R. Duree, Jr.
                                        JOHN R. DUREE, JR.
                                        Attorney for Defendant
                                        GUO NENG MA


Dated: February 12, 2015                /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Attorney for Defendant
                                        ASHLEY CHANG
```

STIPULATION AND [PROPOSED] ORDER - 2

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 20, 2015 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on April 17, 2015 at 9:00 a.m.  The Court finds excludable time in this matter through April 17, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  February 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge