LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GUO MA,<br><br>　　　　　　　Defendant. | CASE NO.  2:14 –CR-00330-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

　　　　Defendant Guo Ma, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Christiaan Highsmith, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on August 14, 2015.

　　　　2.　　By this stipulation, the defendant now moves to continue the status conference until August 28, 2015, at 9:00 a.m. and to exclude time between August 14, 2015 and August 28, 2015 and under Local Code T4.  The United States does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　The United States has represented that the discovery associated with this case includes investigative reports and related documents.

  b. Counsel for Mr. Ma need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

  c. Counsel for defendant Mr. Ma believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The United States Attorney agrees to the continuance.

  e. All counsel agrees to the continuance.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of August 14, 2015 and August 28, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  August 12, 2015

              Respectfully Submitted,

              /s/ Linda M. Parisi by e-mail authorization
              _____
              Linda M. Parisi
              Attorney for Guo Ma

Dated: August 12, 2015       BENJAMIN B. WAGNER
              United States Attorney

              /s/ Linda M. Parisi by e-mail authorization
              _____
              Christiaan Highsmith, Assistant U.S. Attorney
              Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14 -CR-00330-GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| GUO MA, | |
| Defendant. | |

    Based on the reasons set forth in the stipulation of the parties filed on August 12, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for August 14, 2015, be vacated and that a status conference be set for August 28, 2015, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 12, 2015 stipulation, the time within which the trial of this matter must be

///

///

commenced under the Speedy Trial Act is excluded during the time period of August 14, 2015, through and including August 28, 2015 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: August 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

4