LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>GUO MA,<br><br>                          Defendant. | CASE NO.  2:14 –CR-00330-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

  Defendant Guo Ma, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Christiaan Highsmith, hereby stipulate as follows:

  1.  By previous order, this matter was set for sentencing on November 20, 2015.

  2.  By this stipulation, the defendant now moves to continue the sentencing hearing until February 5, 2016, at 9:00 a.m. and to exclude time between November 20, 2015 and February 5, 2016 and under Local Code T4.  The United States does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

  a.  Counsel for Mr. Ma need additional time to research and work on Mr. Ma's case prior to sentencing.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

    c.    Counsel for defendant Mr. Ma believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The United States Attorney agrees to the continuance.

    e.    All counsel agrees to the continuance.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of November 20, 2015 and February 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 16, 2015

Respectfully Submitted,

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Guo Ma

Dated: November 16, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda M. Parisi by e-mail authorization
_____
Christiaan Highsmith, Assistant U.S. Attorney
Attorney for Plaintiff

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GUO MA,<br><br>            Defendant. | Case No. 2:14-CR-00330-GEB<br><br>[PROPOSED] ORDER |

    Based on the reasons set forth in the stipulation of the parties filed on November 16, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for November 20, 2015, be vacated and that the sentencing hearing date be set for February 5, 2016, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 16, 2015 stipulation, the time within which the trial of this matter must be

///

///

commenced under the Speedy Trial Act is excluded during the time period of November 20, 2015, through and including February 5, 2016 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time