LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>GUO MA,<br><br>                              Defendant. | CASE NO.  2:14 –CR-00330-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

Defendant Guo Ma, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Christiaan Highsmith, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing on February 5, 2015.

2.     By this stipulation, the defendant now moves to continue the sentencing hearing until March 4, 2016, at 9:00 a.m. and to exclude time between December 18, 2015 and March 4, 2016 and under Local Code T4.  The United States does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     Counsel for Mr. Ma will be out of state on February 5, 2016.

b.     The United States Attorney agrees to the continuance.

c.     All counsel agrees to the continuance.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of December 18, 2015 and March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  December 18, 2015

Respectfully Submitted,

/s/ Linda M. Parisi by e-mail authorization

_____
Linda M. Parisi
Attorney for Guo Ma

Dated: December 18, 2015            BENJAMIN B. WAGNER
United States Attorney

/s/ Linda M. Parisi by e-mail authorization

_____
Christiaan Highsmith, Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>     v.<br><br>GUO MA,<br>                    Defendant. | Case No. 2:14 –CR-00330-GEB<br><br>ORDER |

     The status conference currently set for February 5, 2015 is vacated and the sentencing is scheduled to commence at 9:00 a.m. on March 4, 2016.

Dated:  December 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time