1   LINDA M. PARISI, SBN 84247
    LAW OFFICES OF WING & PARISI
2   917 G Street
    Sacramento, CA  95814
3   Telephone:  (916) 441-4888
    Facsimile:   (916) 441-1575
4   Email: linda@wingparisilaw.com

5   Attorneys for Guo Ma

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14 –CR-00330-GEB

12                     Plaintiff,          **STIPULATION REGARDING
                                           REMOVAL OF ANKLE
13  v.                                     MONITORING DURING MRI;
                                           [PROPOSED] ORDER**
14  GUO MA,

15                     Defendant.

16

17       Defendant Guo Ma, by and through Linda M. Parisi, his counsel of record, and plaintiff, by

18  and through its counsel, Christiaan Highsmith, hereby stipulate as follows:

19       1. The parties agree and stipulate, and request that the Court find the following:

20       2.  Defendant Guo Ma has an MRI appointment at Clearview MRI, 9200 SE 91st Ave, Suite

21  330, Happy Valley, Oregon 97086 on April 20, 2016 at 10:30 a.m.

22       3. Both parties stipulate to have Mr. Ma's ankle monitor removed at the Pretrial Services

23  office (In Oregon) for the MRI on April 20, 2016,  at 10:30 am and put back on at the Pretrial

24  Services office by 4:00 pm the same date following the MRI.

25

26

27

28
                                           1
    Stipulation and [Proposed] Order for Continuance of
    Status Hearing and for Exclusion of Time

1      b.      The United States Attorney agrees to the removal of Mr. Ma's ankle monitoring

2  during MRI

3      c.      All counsel agrees.

4

5  Dated:  April 15, 2016

6                                                      Respectfully Submitted,

7                                                      /s/ Linda M. Parisi by e-mail authorization

8                                                      _____

                                                        Linda M. Parisi
9                                                      Attorney for Guo Ma

10

11  Dated: April 15, 2016                      BENJAMIN B. WAGNER
                                                        United States Attorney
12

13                                                    /s/ by e-mail authorization

                                                        _____
14
                                                        Christiaan Highsmith, Assistant U.S. Attorney
                                                        Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                   2
    Stipulation and [Proposed] Order for Continuance of
    Status Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

                        Plaintiff,

     v.

GUO MA,

                        Defendant.

Case No. 2:14 –CR-00330-GEB

[PROPOSED] ORDER

     Based on the reasons set forth in the stipulation of the parties filed on April 15, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that  Mr. Ma's ankle monitor be removed at the Pretrial Services office (In Oregon) for the MRI on April 20, 2016,  at 10:30 am and put back on at the Pretrial Services office by 4:00 pm the same date following the MRI.

Dated:  April 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3