1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Guo Ma

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14 –CR-00330-1-GEB

12                        Plaintiff,       **STIPULATION REGARDING
                                           AMENDING PRETRIAL RELEASE**
13  v.                                     **CONDITIONS  ; [PROPOSED]
                                           ORDER**
14  GUO MA,

15                        Defendant.       Honorable Judge Allison Claire

16

17          Defendant Guo Ma, by and through Linda M. Parisi, his counsel of record, and plaintiff, by

18  and through its counsel, Christiaan Highsmith, hereby stipulate as follows:

19          1.      All counsel and Mr. Ma, along with the Pretrial Services Agency/Officer, agrees to

20  the additional term and condition for continued Pretrial Release, as follows:

21          Mr. Ma is scheduled to surrender at Bureau of Prison Atwater in California on June 10, 2016.

22  The defendant is flying from Oregon (where he currently resides) on June 9, 2016, on a flight

23  leaving at 12:20pm.  The defendant is requesting he be allowed to report to Pretrial Services in

24  Oregon no later than 9:30am on June 9, 2016, to have his location monitoring equipment removed in

25  order to board the flight and fly to Sacramento.  The defendant will then stay at a hotel in

26  Sacramento and be transported by car to Atwater to surrender.  It should be noted, that the defendant

27

28                                              1

1    will not be monitored by location monitoring from 9:30am on June 9, 2016, until his surrender on

2    June 10, 2016.  In addition, Pretrial Services has confirmed the flight and overnight stay information.

3

4    Dated:  June 7, 2016

5                                                            Respectfully Submitted,

6                                                            /s/ Linda M. Parisi by e-mail authorization

7                                                            _____

8                                                            Linda M. Parisi
                                                             Attorney for Guo Ma

9

10   Dated: June 7, 2016                                     BENJAMIN B. WAGNER
                                                             United States Attorney

11

12                                                           /s/ Linda M. Parisi by e-mail authorization

13                                                           _____
                                                             Christiaan Highsmith, Assistant U.S. Attorney

14                                                               Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Guo Ma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

                        Plaintiff,

        v.

GUO MA

                        Defendant,

Case No. 2:14 –CR-00330-GEB-1

[~~PROPOSED~~] ORDER

        Based on the reasons set forth in the stipulation of the parties filed on June 7, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the Pretrial Release Conditions be amended to include Defendant will report to Pretrial Services in Oregon no later than 9:30am on June 9, 2016, to have his location monitoring equipment removed in order to board the flight and fly to Sacramento.  The defendant will then stay at a hotel in Sacramento and be transported by car to Atwater to surrender.

//

//

//

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

It should be noted, that the defendant will not be monitored by location monitoring from 9:30am on June 9, 2016, until his surrender on June 10, 2016.  All other conditions remain in effect.

Dated: June 8, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE